**In the Interest of T.M.W.**

**No. ED 82917.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 27, 2004.

Adrienne Schaffer–James, Clayton, MO, for appellant.

Kathleen Kiser, St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Mother appeals the judgment terminating her parental rights with respect to T.M.W.

We have reviewed the parties' briefs and the record on appeal and find no error of law. The judgment is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).